■ In the Matter of MARTHA FERRUGIA, Appellant, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents. (Appeal No. 1.) [773 NYS2d 628]—Appeal from a judgment (denominated order) of the Supreme Court, Chautauqua County (Joseph Gerace, J.), entered September 4, 2002 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.